Attorney: G & D
Return Date:
Index No.: CV11-2177
Assigned Justice:
File #: WITH INDEX NUMBER AND DATE OF FILING ENDORSED THEREON

ROBERT PERRICONE, Petitioner(s) / Plaintiff(s)

-against-

ALLEN B. JOHNSON GENERAL CONTRACTING INC., et al., Defendant(s) / Respondent(s)

STATE OF NEW YORK: COUNTY OF NASSAU ss:
THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on MAY 28, 2011 at 11:00 A.M. at 823 S. 8th STREET LINDENHURST, N.Y. 11757

deponent served the within SUMMONS and COMPLAINT (FILED 4/29/11) on

DEAN CASTANAGRO witness/defendant/respondent therein named.

**INDIVIDUAL**
A ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

**CORPORATION**
B ☐ By delivering to and leaving with _____ and that he knew the person so served to be the Managing Agent of the corporation, and authorized to accept service. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

*Service was made in the following manner after your deponent was unable with due diligence to serve the witness/defendant/in person:*

**SUITABLE AGE PERSON**
C ☒ By delivering a true copy thereof to and leaving with MRS. CAROL CASTANAGRO (WIFE) a person of suitable age and discretion, the said premises being the defendants/respondents (dwelling place)(usual place of abode)(place of business) within the State of New York. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

**AFFIXING TO DOOR, ETC.**
D ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of New York. (A fee of $_____, pursuant to CPLR Section 8001, was tendered to the witness.)

**MAILING Use with C or D**
E ☒ On JUNE 2, 2011, Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the defendant/witness to the above address of service which is defendant's:
☒ Last known residence
☐ Last known place of business (additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered

**PREVIOUS ATTEMPTS Use with D**
F ☐ Deponent previously attempted to serve the above named defendant/respondent on the below dates and times:

**DRL Sec. 232**
G ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by a photograph annexed hereto which was provided by the plaintiff.

VOID WITHOUT DESCRIPTION
Use with A, B & C

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs |
| ☐ Glasses | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features: _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn before me this 2 day of JUNE, 2011

_Francine Betron_ (Notary Public)

FRANCINE BETRON
Notary Public, State of New York
No. 30-4950026
Qualified in Nassau County
Commission Expires April 24, 2005

_Howie Ettinger_
PLEASE PRINT NAME BELOW SIGNATURE
HOWIE ETTINGER
License No. _____

METRO PROCESS & INVESTIGATIONS, INC. • 531 Redwood Drive, Cedarhurst, N.Y. 11516